[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 19, 2007
THOMAS K. KAHN
CLERK

No. 05-16121
Non-Argument Calendar

_____

D. C. Docket No. 04-14033-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENZLER JERARD RILEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 19, 2007**)

Before EDMONDSON, Chief Judge, ANDERSON and BARKETT, Circuit
Judges.

PER CURIAM:

Neal Gary Rosenweig, appointed counsel for Kenzler Jerard Riley on this

direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Riley's convictions and sentences are **AFFIRMED**.  Riley's motion to prosecute this appeal <u>pro se</u> and motion to file an oversized brief in response are, accordingly, **DENIED**.